UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Frederick Banks, | Case No. 17-cv-3000 (WMW/HB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Soo Song, U.S. Attorney, et al., | |
| Defendants. | |

---

This matter is before the Court on the August 14, 2017 Report and Recommendation of United States Magistrate Judge Hildy Bowbeer. (Dkt. 6.) No objections to the Report and Recommendation have been filed. In the absence of timely objections, this Court reviews a Report and Recommendation for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the Report and Recommendation, the Court finds no clear error.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The August 14, 2017 Report and Recommendation, (Dkt. 6), is **ADOPTED**;

2. Plaintiff's amended complaint, (Dkt. 4), is **DISMISSED WITHOUT PREJUDICE**; and

3. Plaintiff's applications to proceed *in forma pauperis*, (Dkts. 2, 5), are **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: November 2, 2017                        s/Wilhelmina M. Wright___
                                               Wilhelmina M. Wright
                                               United States District Judge